UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **Case No: 11-42328** |
| **Debra Sue Kitson** | ) | Chapter 13 |
| | ) | |
| | ) | **Motion for Continuation of the** |
| Debtor/Movant. | ) | **Automatic Stay** |
| | ) | |
| | ) | **Hearing Date**: March 28, 2011 |
| | ) | **Hearing Time**: 10:00 a.m. |
| | ) | **Hearing Place**: 7 North |

## MOTION FOR CONTINUATION OF THE AUTOMATIC STAY
## PURSUANT TO 11 U.S.C. 362(c) (3) (B)

**COMES NOW DEBTOR, Debra Sue Kitson,** by and through her attorney of record, and for her Motion for Continuation of the Automatic Stay, states to the Court as follows:

1. The Debtor filed for relief under Chapter 13 in the Eastern District of Missouri on March 14, 2011. This is a core proceeding.

2. This motion is filed within 10 days of filing the above captioned voluntary petition as required by the Implementation Order for Interim Procedures Under the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 for the Eastern District of Missouri, paragraph 32.

3. The Debtor was a debtor in one previous Chapter 13 bankruptcy case during the year preceding her current bankruptcy. That case was filed on August 5th, 2008 and was assigned case number 09-456408-45848-659.

4. The Debtor's previous case was dismissed on September 8, 2010 upon Motion by the Chapter 13 trustee for failure to make plan payments. The Debtor was approximately two months delinquent at the time of dismissal.

5. The circumstances that primarily led to the dismissal of the Debtor's previous case were:

    a. Debtor is a self-employed business owner who contracts her cleaning

services as Debbie's Housecleaning.

       b.     Debtor was having medical problems and needed a hysterectomy operation which was performed January 26, 2010.

       c.     Debtor needed 6 weeks to recover and still was not able to sustain her previous workload after her recovery time frame.

       d.     Debtor's husband departed the home in July of 2010 and was not contributing to the maintenance of the chapter 13 payment plan.

       e.     Debtor's plan payments were too high and as a sole income unable to maintain them.

6. The following change of circumstances demonstrates that the Debtor can perform this plan and is likely to complete the case successfully:

       a.     Debtor is surrendering her interest in the 1999 Ford F-250 in the current chapter 13 case.

       b.     Surrendering her interests in the 1999 Ford F-250 will reduce her monthly payments to the Trustee making the plan more affordable for her current financial situation.

       c.     Debtor has recovered from her medical situation and is able to maintain her current client base and has also increased her client base with 3 new customers.

7. The current bankruptcy is filed in good faith. The fact that Debtor is now giving up the 1999 Ford F-250 and earns more money, means she has more to pay creditors; this constitutes a substantial change in his financial affairs under 11 U.S.C. § 362(c) (3) (C) (i) (III).

8. Under 11 U.S.C. 362(c) (3)(A), the Debtor believes the bankruptcy stay is effective as to all creditors who have taken no action with respect to debt or property since the dismissal of the Debtor's prior bankruptcy. However, the Debtor is unaware of whether

any of her creditors have taken such action without providing her notice. The Debtor has thus filed her motion to extend the stay to all creditors who have taken action with respect to her debt or property. The Debtor expects creditors to file a response to this motion prior to the date this motion will be heard. If no response is filed, the Debtor requests the Court enter an Order confirming the presence of the stay as to all creditors. In the event such an action was taken and a creditor does in fact respond to the motion, the Debtor requests the Court enter an order continuing the stay as to those specific creditors for the above referenced reasons.

WHEREFORE, Debtor respectfully requests that the Court enter an Order confirming the presence of the stay as to all creditors, or in the alternative an Order finding the second Chapter 13 bankruptcy case, being assigned case number 10-40890 was filed in good faith and extending the stay as to all creditors who have acted with respect to the Debtor's debt or property; and for such other and further relief as this Court deems necessary and proper under the circumstances.

Respectfully Submitted,
GOLDBERG LAW FIRM, LLC

/S/ *Nathan H Goldberg*
Attorney at Law
EDMO 3231, MO 37321
6901 Gravois Ave.
The London House
St. Louis, MO 63116
314-771-1900
314-771-1903 *fax*
nathan@goldberglawllc.com

**PROOF OF SERVICE**

The undersigned certifies that a true copy of Debtors' Motion for Continuation of the Automatic Stay was served via first-class mail, postage prepaid, or by the court's ECF system on this 16th day of March, 2011, to the persons listed below:

John V. LaBarge, Jr.,
P.O. Box 430908
St. Louis, Missouri 63143

BAC Home Loans Servicing, LP
P.O. Box 660694
Dallas, TX 75266

Account Resolution Corp.
Re: West County Radiology
17600 Chesterfield Airport Rd.
Chesterfield, MO 63005

BAC/Countrywide
450 American St. #SV416
Simi Valley, CA 93065

Central Financial Control
Re: Des Peres Hospital
PO Box 66051
Anaheim, CA92816

Chase
PO Box 901076
Fort Worth, TX 76101

Consumer Adjustment Co.
Re: St. Anthony's Medical Ctr.
12855 Tesson Ferry Rd
St. Louis, MO 63128

Gary Kitson
822 Oxford
Hillsboro, MO 63050

IRS Centralized Insolvency
PO Box 7346
Philadelphia, PA 19114

Medical Commercial Audit I
Re: Byrnes Mill Medical Ctr
PO Box 480
High Ridge, MO 63049

Millsap & Singer PC
Re: BAC Home Loan
612 Spirit Dr.
St. Louis, MO 63005

NCO Fin/38
Re: Impatient Consultants
2360 Campbell Creek Ste. 500
Richardson, TX 75082


Regional Credit Services
Re: Eagle Bank and Trust Co.
1201 Jefferson St. Ste.150
Washington, MO 63090

St. Louis Clinical Pathology, LLC
PO Box 957930
St. Louis, MO 63195

Tek-Collect
Re: Big River Ambulance District
PO Box 1269
Columbus, OH 43216

Westlake Financial Svcs
4751 Wilshire Blvd.
Los Angeles, CA 90010

                                        Respectfully Submitted,
                                        GOLDBERG LAW FIRM, LLC

                                        */s/ Nathan H Goldberg*
                                        Attorney at Law
                                        EDMO 3231, MO 37321
                                        6901 Gravois
                                        The London House
                                        St. Louis, MO 63116
                                        314-771-1900
                                        314-771-1903 fax
                                        nathan@goldberglawllc.com